IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 09-00022-02-CR-W-HFS |
| CLARENCE D. BURNETT | ) | |
| Defendant. | ) | |

**ORDER**

On further consideration, it appears that, in addition to the record available to Judge Maughmer, the danger to the public of financial manipulation is unusually threatening. It further appears that time will need to be served on acknowledged misconduct, and detention prior to the hearing will not be prejudicial.

The report and recommendation is accepted and the motion for release on bond is DENIED.

It is SO ORDERED

          /s/ Howard F. Sachs
          HOWARD F. SACHS
          UNITED STATES DISTRICT JUDGE

May  30 , 2012

Kansas City, Missouri